FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-5048 KG |
| vs. | ) 18 U.S.C. § 844(i): Arson. |
| **SAMANTHA LEE,** | ) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges:

On or about October 14, 2024, in Bernalillo County, in the District of New Mexico, the defendant, **SAMANTHA LEE**, maliciously damaged and destroyed, by means of fire, a storage warehouse for the Crowne Plaza Hotel and The Querque Hotel, a building located on Menaul Boulevard NE in Albuquerque, New Mexico, which building was used in interstate commerce and in an activity affecting interstate commerce.

In violation of 18 U.S.C. § 844(i).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_(signature)_
Assistant United States Attorney